UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARLOS BENITEZ, JR.,<br><br>　　　　　　　Petitioner,<br><br>　v.<br><br>JAMES KEY,<br><br>　　　　　　　Respondent. | NO. C16-1686-RSL-JPD<br><br>ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME |

　　　Petitioner, who is proceeding *pro se*, has filed a motion for extension of time to respond to respondent's answer in this 28 U.S.C. § 2254 habeas action. Finding good cause, the Court GRANTS petitioner's motion, Dkt. 13. Petitioner shall file his response on or before **April 7, 2017**, and respondent may file a reply on or before **April 14, 2017**. The Clerk is directed to RE-NOTE respondent's answer, Dkt. 10, for April 14, 2017, and to send copies of this Order to the parties and to the Honorable Robert S. Lasnik.

　　　DATED this 17th day of February, 2017.

　　　　　　　　　　　　　　　　　　*James P. Donohue*
　　　　　　　　　　　　　　　　　　────────────────────
　　　　　　　　　　　　　　　　　　JAMES P. DONOHUE
　　　　　　　　　　　　　　　　　　Chief United States Magistrate Judge

ORDER - 1