UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARLOS BENITEZ, JR.,<br><br>            Petitioner,<br><br>   v.<br><br>JAMES KEY,<br><br>            Respondent. | NO. C16-1686-RSL-JPD<br><br>ORDER GRANTING PETITIONER'S SECOND MOTION FOR EXTENSION OF TIME |

Petitioner, who is proceeding *pro se*, has filed a motion for extension of time to respond to respondent's answer in this 28 U.S.C. § 2254 habeas action. Finding good cause, the Court GRANTS petitioner's request for an extension of time, Dkt. 16. Petitioner shall file his response on or before **May 30, 2017**, and respondent may file a reply on or before **June 2, 2017**.

Petitioner also asks for copies of documents that he filed electronically. Dkt. 16 at 1. The U.S. District Courts for the Eastern and Western Districts of Washington recently promulgated Administrative Procedures for prisoner e-filing. The Administrative Procedures clarify that because prisoners retain original copies of the documents they e-file, they will not receive free electronic copies of those documents. Accordingly, the Court DENIES petitioner's request for free electronic copies of his e-filed documents.

ORDER - 1

1     The Clerk is directed to RE-NOTE respondent's answer, Dkt. 10, for June 2, 2017, and

2 to send copies of this Order to the parties and to the Honorable Robert S. Lasnik.

3     DATED this 13th day of April, 2017.

*/s/ James P. Donohue*

JAMES P. DONOHUE
Chief United States Magistrate Judge

ORDER - 2