UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARLOS BENITEZ JR., <br><br> Petitioner, <br> v. <br> JAMES KEY, <br><br> Respondent. | Case No. C16-1686RSL <br><br> ORDER RENOTING REPORT <br> AND RECOMMENDATION |

This matter comes before the Court on petitioner's "Motion for Extension of Time to File Objections to Report and Recommendation." Dkt. # 20. The Magistrate Judge's Report and Recommendation is lengthy, multiple grounds for relief are addressed, and petitioner is proceeding *pro se*. The Court finds that a thirty-day extension of time is appropriate. The motion is therefore GRANTED.

Objections to the Report and Recommendation, if any, shall be filed and served on or before **Thursday, October 5, 2017.** Failure to file objections within the specified time may affect the right to appeal. Objections should be noted for consideration on the third Friday after they are filed. Responses to the objections may be filed on or before the note date. If no timely objections are filed, the matter will be ready for consideration on October 6, 2017.

Dated this 6th day of September, 2017.

Robert S. Lasnik
United States District Judge

ORDER RENOTING REPORT AND RECOMMENDATION