```
 1
 2
 3
 4
 5
 6
 7                         UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
 8                                   AT SEATTLE

 9  CARLOS BENITEZ, JR.,
10                  Petitioner,
                                              NO. C16-1686RSL
11           vs.
12  JAMES KEY,                                SECOND ORDER RENOTING
                                              REPORT AND
13                  Respondent.               RECOMMENDATION
14
```

15       This matter comes before the Court on petitioner's second "Motion for Extension of Time to File Objections to Report and Recommendation." Dkt. # 22. On August 10, 2017, Magistrate Judge James P. Donohue issued his Report and Recommendation. Dkt. # 19. On September 6, 2017, this Court granted an extension of time for the petitioner to file his objections to the Report and Recommendation on or before October 5, 2017. Dkt. # 21. On September 19, 2017, the petitioner filed his second request for continuance. The Court will GRANT a second and final continuance absent extenuating circumstances.

      Objections to the Report and Recommendation, if any, shall be filed and served on or before **Thursday, November 30, 2017.** Failure to file objections within the specified time may affect the right to appeal. Objections should be noted for consideration on the third Friday after they are filed. Responses to the objections may be filed on or before the note date. If no timely objections are filed, the matter will be ready for consideration on December 1, 2017.

SECOND ORDER RENOTING REPORT AND RECOMMENDATION

1    DATED this 8th day of November, 2017.

                                *Robert S. Lasnik*
                                Robert S. Lasnik
                                United States District Judge

28   SECOND ORDER RENOTING REPORT AND RECOMMENDATION