UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARLOS BENITEZ, JR.,<br><br>        Petitioner,<br><br>    v.<br><br>JAMES KEY,<br><br>        Respondent. | Case No. C16-1686RSL<br><br>ORDER REGARDING IFP<br>STATUS ON APPEAL |

This matter comes before the Court on petitioner's "Motion for Leave to Appeal *In Forma Pauperis*." Dkt. # 28. Petitioner was permitted to proceed IFP before this Court, and he may proceed IFP on appeal without further authorization unless the Court certifies in writing that the appeal is not taken in good faith or that petitioner is not otherwise entitled to proceed IFP. Fed. R. App. P. 24(a)(3); 28 U.S.C. § 1915(a)(3) ("An appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith."). An appeal is taken in "good faith" where it seeks review of at least one issue or claim that is found to be "non-frivolous." Hooker v. Am. Airlines, 302 F.3d 1091, 1092 (9th Cir. 2002). Ordinarily, the Court of Appeals refers to the Court the question of whether IFP status should remain on appeal. Given petitioner's motion, however, the Court concludes that an appeal of the Court's dismissal is taken in good faith. Though the Court rejected the merits of his petition, petitioner's claims are not frivolous. See id. Insofar as leave is required, petitioner's motion, Dkt. # 28, is GRANTED.

ORDER REGARDING IFP STATUS ON APPEAL - 1

1  DATED this 25th day of May, 2018.

*MRT S Lasnik*
Robert S. Lasnik
United States District Judge

ORDER REGARDING IFP STATUS ON APPEAL - 2